**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincente ORTIZ, Defendant–Appellant.**

No. 09–10291.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 2, 2010.

Raymond K. Woo, Esquire, Assistant U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Vincente Ortiz appeals from the district court's judgment revoking his supervised release and imposing a 24–month sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ortiz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**